IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE:
VARISE BROWN
514 WHEELIS ST
WEST MONROE, LA 71292

CASE NO. 12-BK-31727
JUDGE JOHN W KOLWE

DATE: 10/28/2015

Debtor
SSN(1): XXX-XX-7186

**NOTICE OF INTENTION TO PAY CLAIMS AND
MOTION TO DISALLOW CLAIMS**

**NOTICE IS HEREBY GIVEN** of the intent to pay the claims of creditors named below and in the amounts and manner, set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

**NOTICE TO SECURED CREDITORS:**
If you are a creditor and your claim is listed for -0- it indicated that no claim was timely filed and no evidence of a perfected security interest was sent to the Trustee. Therefore, this notice also constitutes a Motion to Disallow your claim. Should you wish to object to this action by the Trustee, you should file a written objection with the Clerk of Bankruptcy Court within twenty-one (21) days of this notice with a copy to undersigned. Should you timely file an objection, you will be notified of a hearing date.

**PLEASE TAKE FURTHER NOTICE** that the debtor has a right to object to claims with which they disagree. The debtor also has a limited right to file a claim on behalf of any creditor who has not filed a claim. Should the debtor desire to take any csuch action, the debtor should immediately contact their attorney.

**SPIVEY, II, JAMES W.**　　　　　　　　　　　　　　　　　　　　　　　2,800.00　　ATTORNEY
**1515 NORTH 7TH ST**
**WEST MONROE, LA 71291**

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| ASSOC CREDIT<br>PO BOX 5171<br>WESTBOROUGH, MA 01581 | 0.00<br><br>ACCT: 0114<br>COMM: | 0.00 | UNSECURED REGULAR<br>Not filed |
| CASH COW<br>207 LOUISVILLE AVENUE<br>MONROE, LA 71201 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | UNSECURED REGULAR<br>Not filed |
| CAVALRY PORTFOLIO SERVICE, LLC<br>500 SUMMIT LAKE DR<br>SUITE 400<br>VALHALLA, NY 10595-1340 | 332.45<br><br>ACCT: 5235<br>COMM: | 0.00 | UNSECURED REGULAR |
| CHECK LENDERS<br>1201 N 18TH ST<br>MONROE, LA 71201 | 430.00<br><br>ACCT: 7186<br>COMM: | 0.00 | UNSECURED REGULAR |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| CITIZENS FINANCIAL SERVICES<br>1909 ROSELAWN AVE<br>MONROE, LA  71201<br>ACCT: 7186<br>COMM: | 697.00 | 0.00 | UNSECURED REGULAR |
| CONVERGENT OUTSOURCING<br>800 SW 39TH ST<br>RENTON, WA  98057<br>ACCT: 2159<br>COMM: | 0.00 | 0.00 | UNSECURED REGULAR<br>Not filed |
| COURTESY LOANS<br>701 NORTH 4TH STREET<br>MONROE, LA  71201<br>ACCT: 0736<br>COMM: CL CLM FILED | 0.00 | 0.00 | SECURED<br>Not filed |
| CREDIT BUREAU OF ALEXANDRIA<br>PO BOX 1808<br>ALEXANDRIA, LA  71309<br>ACCT: 4240<br>COMM: | 0.00 | 0.00 | UNSECURED REGULAR<br>Not filed |
| CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS, TX  75374<br>ACCT: 2556<br>COMM: | 355.00 | 0.00 | UNSECURED REGULAR |
| ENTERGY<br>PO BOX 6008<br>MAIL UNIT L-JEF-359<br>NEW ORLEANS, LA  70174<br>ACCT: 7186<br>COMM: | 371.92 | 0.00 | UNSECURED REGULAR |
| FIRST FRANKLIN FINANCIAL<br>PO BOX 9537<br>MONROE, LA  71211<br>ACCT: 1223<br>COMM: | 0.00 | 0.00 | UNSECURED REGULAR<br>Not filed |
| INSOLVE RECOVERY<br>PO BOX 123203 DEPT 3203<br>DALLAS, TX  75312-3203<br>ACCT: 9303<br>COMM: | 992.06 | 0.00 | UNSECURED REGULAR |
| LOUISIANA DEPT REV & TAXATION<br>PO BOX 66658<br>BATON ROUGE, LA  70896<br>ACCT:<br>COMM: NOTICE ONLY | 0.00 | 100.00 | OTHER |
| MONEY PLUS LOAN<br>807 STUBBS SUITE C<br>MONROE, LA  71201<br>ACCT:<br>COMM: | 0.00 | 0.00 | UNSECURED REGULAR<br>Not filed |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| REPUBLIC FINANCE BANKRUPTCY<br>7535 AIRWAYS BLVD SUITE 210<br>SOUTHAVEN, MS  38671 | 1,083.03<br><br>ACCT: 7767<br>COMM: | 0.00 | UNSECURED REGULAR |
| SIGNATURE LOAN SERVICE<br>609 NORTH 4TH STREET<br>MONROE, LA  71201 | 300.00<br><br>ACCT: 7661<br>COMM: | 0.00 | UNSECURED REGULAR |
| SPRINT NEXTEL<br>PO BOX 3326<br>ENGLEWOOD, CO  80155-3326 | 232.31<br><br>ACCT:<br>COMM: | 0.00 | UNSECURED REGULAR |
| TIME FINANCE OF MONROE<br>404 LOUISVILLE AVE<br>MONROE, LA  71201-5904 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | UNSECURED REGULAR<br>Not filed |
| TOWER LOAN OF WEST MONROE<br>3000 NORTH 7TH STREET<br>WEST MONROE, LA  71291 | 3,500.00<br>6.00% INT  ACCT: 4790<br>COMM: MOD 11/20/12 | 0.00 | SECURED |
| TOWER LOAN OF WEST MONROE<br>3000 NORTH 7TH STREET<br>WEST MONROE, LA  71291 | 1,076.00<br><br>ACCT: 4790<br>COMM: Split Claim | 0.00 | UNSECURED REGULAR |

    I herein certify that a copy of this notice was served upon the Debtor, the Debtor attorney of record, and all creditors affected by this Motion on this date by regular U.S. Mail postage prepaid, at their addresses as appear in the records hereof.

Date: 10/28/2015

/S/ E. EUGENE HASTINGS

E. EUGENE HASTINGS, TRUSTEE